FILED
08 MAY 14 PM 3:01

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1545   JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| RODRIGO GUEVARA-OSUNA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Rodrigo Guevara-Osuna, Criminal Case No. 08CR0923-JAH.

DATED: May 14, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney