|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1545-JAH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |   |
| RODRIGO GUEVARA-OSUNA, |   |
| Defendant. |   |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions** For (1) Fingerprint Exemplars; (2) Reciprocal Discovery; and (3) Leave to File Further Motions; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

```
Bridget Kennedy
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101
Tel:   (619) 234-8467
Fax:   (619) 234-2666
Email: bridget_kennedy@fd.org
```
*Lead Attorney for Defendant*

A hardcopy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008.

/s/ **_Joseph J.M. Orabona_**
JOSEPH J.M. ORABONA
Assistant United States Attorney