1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   Bridget_Kennedy@fd.org

6  Attorneys for RODRIGO GUEVARA-OSUNA

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No.08CR1545-JAH |
| 12 | Plaintiff, ) | DATE: August 4, 2008 |
|    |               ) | TIME: 8:30 a.m. |
| 13 | v.            ) | |
|    |               ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 | RODRIGO GUEVARA-OSUNA, ) | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; and |
| 15 | Defendant. ) | (2) GRANT LEAVE TO FILE FURTHER MOTIONS |

17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY
        JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY

19        PLEASE TAKE NOTICE that on August 4, 2008 at 8:30 a.m. or as soon thereafter as counsel may
20  be heard, defendant, Rodrigo Guevara-Osuna, by and through his attorneys, Bridget Kennedy, and Federal
21  Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.
22  //
23  //
24  //
25  //
26  //
27  //
28
                                                                                         08CR1545-JAH

**MOTIONS**

Defendant, Rodrigo Guevara-Osuna, by and through Counsel, Bridget Kennedy, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery and Preserve Evidence;
(2) Grant Leave to File Further Motions

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated:  June 18, 2008

 *s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Bridget_Kennedy@fd.org
Attorneys for Mr. Guevara-Osuna

08CR1545-JAH