**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Guevara-Osuna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**ROGELIO GUEVARA-OSUNA,**<br><br>　　　　　Defendant. | Case No. 08CR1545-JAH<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**JOSEPH ORABONA Assistant United States Attorney**
joseph.orabona@usdoj.gov,leilani.lamontagne@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: June 18, 2008                              _s/ Bridget L. Kennedy_
                                                                  **BRIDGET L. KENNEDY**
                                                                  Federal Defenders of San Diego, Inc.,
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA 92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  e-mail:bridget_kennedy@fd.org