1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Guevara-Osuna

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

11 UNITED STATES OF AMERICA,        )    Case No. 08cr1545-JAH
                                    )
12             Plaintiff,           )
                                    )
13 v.                               )
                                    )    **NOTICE OF APPEARANCE**
14 **RODRIGO GUEVARA-OSUNA,**       )
                                    )
15             Defendant.           )
                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                      Respectfully submitted,

21 Dated: June 24, 2008                 *s/ Bridget Kennedy*
                                        Federal Defenders of San Diego, Inc.
22                                      *bridget_kennedy@fd.org*

23

24

25

26

27

28